UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION,<br>Plaintiff,<br>vs.<br>COAST CUTLERY CO.<br>Defendant. | : | C.A. NO. 04-CV-482L |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY**

Plaintiff, Emissive Energy Corporation ("Emissive"), hereby objects to defendant, Coast Cutlery Co.'s, Motion to Compel Discovery. As grounds for this Objection, Emissive relies on the Memorandum of Law filed herewith.

EMISSIVE ENERGY CORPORATION
By its Attorneys,

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

Dated: August 1, 2005

**CERTIFICATE OF SERVICE**

TO: Charles S. Beal, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

Michael E. Haglund, Esq.
Julie A. Weis, Esq.
Haglund, Kelly, Horngren & Jones, LLP
One Main Place
101 SW Main, Suite 1800
Portland, OR 97204-3226

I hereby certify that on this 1 day of August, 2005, I caused to be forwarded via First Class Mail a copy of the within *Objection* to the above-named counsel of record.

Theresa Benson

H:\Clients\Emissive Energy\Coast Cutlery\Pleadings\RI Second Case\Obj MCompel Discovery.DOC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION, Plaintiff, | : | |
| vs. | : | C.A. NO. 04-CV-482L |
| COAST CUTLERY CO. Defendant. | : | |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY

Plaintiff, Emissive Energy Corporation ("Emissive"), hereby objects to defendant, Coast Cutlery Co.'s ("Coast"), Motion to Compel Discovery. As an initial matter, Coast did not satisfy its obligations under Rule 37 prior to filing the discovery motion. For that reason alone, Coast's Motion should be denied.

Substantively, Coast's Motion also lacks merit. Since the Motion was filed, Emissive supplemented its Answers to Interrogatories and its Responses to Coast's Request for Production and has provided all information available to it at this time. As such, Coast's Motion is now moot.

EMISSIVE ENERGY CORPORATION
By its Attorneys,

[signature]

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

Dated: August 1, 2005

**CERTIFICATE OF SERVICE**

TO: Charles S. Beal, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

Michael E. Haglund, Esq.
Julie A. Weis, Esq.
Haglund, Kelly, Horngren & Jones, LLP
One Main Place
101 SW Main, Suite 1800
Portland, OR 97204-3226

I hereby certify that on this 1 day of August, 2005, I caused to be forwarded via First Class Mail a copy of the within *Memorandum of Law in Support of Objection* to the above-named counsel of record.

Theresa Benson

H:\Clients\Emissive Energy\Coast Cutlery\Pleadings\RI Second Case\Mem Obj MCompel Discovery.DOC