8/2/05: DENIED FOR FAILURE TO INCLUDE A "GOOD FAITH" CERTIFICATION. FED. R. CIV. P. 37(a)(2)(B).

USMJ

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMISSIVE ENERGY CORPORATION, Plaintiff,

vs.

COAST CUTLERY CO. Defendant.

C.A. NO. 04-CV-482L

Referred to U.S.M.J. Almond
☐ for findings & accommendations
☒ for determination

Ronald R. Lagueux, Senior U.S. District Judge
Date: 8-1-05

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. CIV. P. 37(a)(2)**

Pursuant to Fed. R. Civ. P. 37(a)(2), plaintiff Emissive Energy Corporation ("Emissive") hereby moves for an order of this Court compelling defendant, Coast Cutlery Co. ("Coast"), to produce documents and tangible things in response to the following Requests for Production of Documents within 10 days of hearing on this Motion.

**INTRODUCTION**

In or about November 2002, Emissive discovered that a German company, Zweibrüder Stalh Warenkontor GmbH ("Zweibrüder"), was manufacturing, importing, marketing, selling and/or offering to sell flashlights that embodied the ornamental design of the patented and trademarked Emissive X5 flashlight (the "Accused Flashlights"). Emissive further discovered that defendant, Coast Cutlery Co. ("Coast"), was importing, marketing, selling and/or offering to sell the Accused Flashlight under the "LED Lenser Turbo Torches" product line, in the same channels of trade as Emissive's X5. In addition, Coast's packaging for the V2 Triplex proclaimed, among other things, that the V2 Triplex uses computer chip technology, which was false.