UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COPY

EMISSIVE ENERGY CORPORATION,

Plaintiff,

v.

COAST CUTLERY CO.,

Defendant.

C.A. No. 04 482L

**COAST CUTLERY'S MOTION TO EXTEND DISCOVERY DEADLINE**

Defendant Coast Cutlery Co. moves this Honorable Court for an Order extending the discovery period in this matter by an additional forty-five (45) days, from July 29, 2005 to September 12, 2005. As grounds for its Motion, Coast Cutlery states as follows:

1. This lawsuit arises out of Plaintiff Emissive Energy Corporation's mistaken belief that Coast Cutlery intentionally breached a settlement agreement between the parties concerning an LED flashlight formerly sold by Coast Cutlery. In a nutshell, pursuant to the parties' settlement agreement, Coast Cutlery stopped selling a certain style of flashlight prior to December, 2003. In late 2004, however, Emissive Energy apparently found one of the original flashlights in a Rhode Island Target store, which ultimately led to the instant lawsuit.

2. Since the initiation of this lawsuit, both parties have made efforts to resolve the case via settlement. Towards that end, Coast Cutlery's President (David Brands) and lead Oregon trial counsel (Michael Haglund) traveled from Oregon to Rhode Island to participate in a mediation before Judge Almond on May 23, 2005. Prior to that date, only limited discovery had taken place, in part because Coast Cutlery was focused on resolving the case via a mediated settlement rather than engaging in expensive discovery in multiple states. Also, a protective order had not been entered by the Court until three days prior to the mediation, as a result of

Granted: Ronald R. Lagueux
Sr. USDJ 8/3/05