UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION,<br>Plaintiff,<br>v.<br>COAST CUTLERY CO.,<br>Defendant. | : | C.A. No. 04 482L |

**COAST CUTLERY'S MOTION TO FILE DEPOSITION EXCERPTS UNDER SEAL**

Now comes Defendant, Coast Cutlery Co. ("Defendant"), and, pursuant to the Protective Order entered in this case and this Court's Amended General Order 2002-01, moves to submit certain limited deposition excerpts that have been designated by Plaintiff's counsel as "attorney's eyes only" pursuant to a Protective Order earlier entered in this matter in support of its Motion for Partial Summary Judgment. As grounds for its Motion, Defendant states as follows:

1. Defendant has submitted a Motion for Partial Summary Judgment that, if granted, would narrow the issues to be tried in this case to one count of the Complaint. Among the documentation that it wishes to submit in support of its Motion are limited excerpts from the Defendant of Robert Galli of Plaintiff Emissive Energy Corporation ("Plaintiff"). At that deposition, Plaintiff's counsel designated the entire deposition

transcript as "attorney's eyes only" pursuant to the Protective Order earlier entered by this Court in this matter.

2. As the Protective Order entered in this matter requires Defendant to follow the procedures set out in this Court's Amended General Order 2002-01, Defendant brings this Motion. Defendant submits simultaneously under seal the Affidavit of Charles S. Beal, which attaches the relevant excerpts from Mr. Galli's deposition.

WHEREFORE, Defendant, Coast Cutlery Co., respectfully requests that this Court enter an order allowing it to submit the referenced deposition excerpts under seal and granting such further relief as the Court deems just and appropriate.

DATED this 5th day of August, 2005.

Respectfully submitted,

COAST CUTLERY CO.

By Its Attorneys,

Michael E. Haglund /CSB

Michael E. Haglund (*pro hac vice* counsel)
Julie A. Weis (*pro hac vice* counsel)
Haglund, Kelley, Horngren, Jones &
Wilder LLP
101 SW Main, Suite 1800
Portland, OR 97204
Telephone: (503) 225-0777
Facsimile: (503) 225-1257
E-mail: weis@hk-law.com

Charles S. Beal (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
Telephone: 401-331-5700
Facsimile: 401-331-5787
E-mail: cbeal@cm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August , 2005, a true copy of the within was sent, via hand-delivery, to the following:

Christine K. Bush, Esq.
Duffy Sweeney and Scott
One Turks Head Place, Suite 1200
Providence, RI 02903

G:\csb\CoastCutlery\pldgs\mofiledepoexcerpts.doc