UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION, Plaintiff, | : | |
| vs. | : | C.A. NO. 04-CV-482L |
| COAST CUTLERY CO. Defendant. | : | |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS**

Plaintiff, Emissive Energy Corporation ("Emissive"), respectfully moves for leave of this Court's Amended General Order 2002-01 to file more than twenty (20) pages of exhibits in support of plaintiffs' Objection to Coast Cutlery Co.'s Motion for Partial Summary Judgment.

In support of this Motion, Emissive relies on the Memorandum of Law filed herewith.

EMISSIVE ENERGY CORPORATION
By its Attorneys,

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

Dated: August 19, 2005

**CERTIFICATE OF SERVICE**

TO: Charles S. Beal, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

Michael E. Haglund, Esq.
Julie A. Weis, Esq.
Haglund, Kelly, Horngren & Jones, LLP
One Main Place
101 SW Main, Suite 1800
Portland, OR 97204-3226

I hereby certify that on this 19 day of August, 2005, I caused to be forwarded via First Class Mail a copy of the within *Motion to Exceed Page Limits* to the above-named counsel of record.

Theresa Benson

H:\Clients\Emissive Energy\Coast Cutlery\Pleadings\RI Second Case 04-482L\Motion Exceed page limits.DOC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. NO. 04-CV-482L |
| vs. | : | |
| | : | |
| COAST CUTLERY CO. | : | |
| | : | |
| Defendant. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS**

Plaintiff, Emissive Energy Corporation ("Emissive"), respectfully moves for leave of this Court's Amended General Order 2002-01 to file more than twenty (20) pages of exhibits in support of plaintiffs' Objection to Coast Cutlery Co.'s ("Coast") Motion for Partial Summary Judgment.

Emissive's proposed exhibits include the Stipulated Permanent Injunction referenced in Coast's Motion, the patent at issue, depictions of and advertisements for the V2 Triplex, correspondence concerning Coast's purported compliance with the Settlement Agreement, and limited excerpts from the depositions of David Brands and Robert Galli, principals of the parties. The information is pertinent to the assertions contained in Coast's Motion.

Emissive proposes to submit thirty-seven (37) pages of exhibits in support of its Objection to Coast's Motion for Partial Summary Judgment, including the deposition excerpts filed under seal.

EMISSIVE ENERGY CORPORATION
By its Attorneys,

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

Dated: August 19, 2005

**CERTIFICATE OF SERVICE**

TO: Charles S. Beal, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

Michael E. Haglund, Esq.
Julie A. Weis, Esq.
Haglund, Kelly, Horngren & Jones, LLP
One Main Place
101 SW Main, Suite 1800
Portland, OR 97204-3226

I hereby certify that on this 19 day of August, 2005, I caused to be forwarded via First Class Mail a copy of the within *Memorandum in Support of Motion to Exceed Page Limits* to the above-named counsel of record.

Theresa Benson

H:\Clients\Emissive Energy\Coast Cutlery\Pleadings\RI Second Case 04-482L\Mem Motion Exceed page limits.DOC