UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION,<br>Plaintiff,<br>vs.<br>COAST CUTLERY CO.<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO. 04-CV-482L |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE DEPOSITION EXPERPTS UNDER SEAL**

Plaintiff, Emissive Energy Corporation ("Emissive"), pursuant to the Protective Order entered in this case and this Court's Amended General Order 2002-01, moves to submit certain limited deposition excerpts that have been designated by plaintiff's counsel and defendant's counsel as "attorney's eyes only" pursuant to a Protective Order earlier entered in this matter in support of its Opposition to Defendant's Motion for Partial Summary Judgment. As grounds for its Motion, plaintiff states as follows:

1. Defendant has filed a Motion for Partial Summary Judgment and plaintiff has filed an Opposition to the same. In support of its Opposition plaintiff wishes to submit limited excerpts from the depositions of Robert Galli and David Brands. At those depositions, counsel designated the cited deposition transcripts as "attorney's eyes only" pursuant to the Protective Order earlier entered by this Court in this matter.

2. As the Protective Order entered in this matter requires plaintiff to follow the procedures set our in this Court's Amended General Order 2002-01, plaintiff brings this Motion. Plaintiff submits simultaneously under seal the Affidavit of Christine K. Bush, which attaches

the relevant excerpts from Mr. Galli's deposition and relevant excerpts from Mr. Brands' deposition.

EMISSIVE ENERGY CORPORATION
By its Attorneys,

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

Dated: August 19, 2005

**CERTIFICATE OF SERVICE**

TO: Charles S. Beal, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

Michael E. Haglund, Esq.
Julie A. Weis, Esq.
Haglund, Kelly, Horngren & Jones, LLP
One Main Place
101 SW Main, Suite 1800
Portland, OR 97204-3226

I hereby certify that on this 19 day of August, 2005, I caused to be forwarded via First Class Mail a copy of the within *Motion to File Deposition Excerpts Under Seal* to the above-named counsel of record.

Theresa Benson

H:\Clients\Emissive Energy\Coast Cutlery\Pleadings\RI Second Case\Motion File Excerpts Under Seal.DOC