# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

# *NOTICE*

***EMISSIVE ENERGY CORPORATION***

***v.*** ***CA04-482L***

***COAST CUTLERY CO.***

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND***

***TYPE OF PROCEEDING:***

Plaintiff's Motion to Compel Responses to Interrogatories Pursuant to Fed.R.Civ.P. 37(a)(2)
Defendant's Amended Motion to Compel Responses to Interrogatories and Production of Documents Pursuant to Fed.R.Civ.P. 37(a)(2)
Plaintiff's Motion to Compel Production of Documents Pursuant to Fed.R.Civ.P. 37(a)(2)

***PLACE:*** ***U.S. District Court***
***Courtroom A - Room 224***
***John O. Pastore Federal Building***
***Two Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***SEPTEMBER 9, 2005***

***TIME:*** ***10:00 A.M.***

***David A. DiMarzio, Clerk of Court***

Jeannine Theall
Jeannine Theall
Deputy Clerk
Date: August 24, 2005

**NOTICE SENT TO:** **BEAL, BUSH, MICHAEL, SCOTT, WEIS**
N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.