UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
AUG 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMISSIVE ENERGY CORPORATION, :
Plaintiff, :
vs. : C.A. NO. 04-CV-482L
COAST CUTLERY CO. :
Defendant. :

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS**

Plaintiff, Emissive Energy Corporation ("Emissive"), respectfully moves for leave of this Court's Amended General Order 2002-01 to file more than twenty (20) pages of exhibits in support of plaintiffs' Objection to Coast Cutlery Co.'s Motion for Partial Summary Judgment.

In support of this Motion, Emissive relies on the Memorandum of Law filed herewith.

EMISSIVE ENERGY CORPORATION
By its Attorneys,

[signature]

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

Dated: August 19, 2005

Granted:
Ronald R. Lagueux
SR. USDJ 9/6/05