UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA04-482L** **DATE: September 9, 2005**

**TITLE: Emissive Energy Corp v. Coast Cutlery**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Christine Bush, Esq.
Charlie Beal, Esq.

**PROCEEDING:** Plaintiff's Motion to Compel Responses to Interrogatories Pursuant to Fed.R.Civ.P. 37(a)(2)
Defendant's Amended Motion to Compel Responses to Interrogatories and Production of Documents Pursuant to Fed.R.Civ.P. 37(a)(2)
Plaintiff's Motion to Compel Production of Documents Pursuant to Fed.R.Civ.P. 37(a)(2)

Attorneys argue.

**RULING:**

Plaintiff's Motion to Compel Responses to Interrogatories Pursuant to Fed.R.Civ.P. 37(a)(2) - **Granted in part and under advisement**
Defendant's Amended Motion to Compel Responses to Interrogatories and Production of Documents Pursuant to Fed.R.Civ.P. 37(a)(2) - **Denied**
Plaintiff's Motion to Compel Production of Documents Pursuant to Fed.R.Civ.P. 37(a)(2) - **Granted in part and under advisement**