UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EMISSIVE ENERGY CORPORATION, :
:
    Plaintiff, :
:
    v. :   C.A. No. 04-482L
:
COAST CUTLERY CO., :
:
    Defendant. :

## ORDER

The Motion of Defendant, Coast Cutlery Co. ("Defendant"), to submit certain excerpts of deposition testimony under seal in support of its Motion for Partial Summary Judgment was submitted to the Court on August 5, 2005 (the "Motion"). Upon review of the Motion and due consideration thereof, it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

1. That the Motion is granted.

ENTER:                                       PER ORDER:

*/s/ Ronald R. Lagueux*
Sr. USDJ  9/8/05