**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA04-482L** **September 14, 2005**

**TITLE: Emissive Energy Corp. v. Coast Cutlery**

**SENIOR DISTRICT JUDGE: Ronald R. Lagueux**

**COURTROOM CLERK: Barbara J. Gilfillan**

**COURT REPORTER: Anne Clayton**

**INTERPRETER: n/a**

---

**COUNSEL PRESENT: Plaintiff/Government - Craig Scott**
**Defendant - Charles Beal**

**RE**: Defendant's motion for partial summary judgment; motion is denied; Counts 2,3,4 are severed from Count I; case on November calendar; The Court will draft an Order