UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EMISSIVE ENERGY CORP. )
)
v. ) C.A. No. 04-482L
)
COAST CUTLERY CO. )

O R D E R

Defendant's motion for partial summary judgment on Counts II, III, and IV of the Complaint hereby is denied as premature.

Counts II, III, and IV of the Complaint are hereby severed from Count I, the breach of contract claim, and the case will proceed to trial only on Count I.

The parties will file their pretrial memoranda on the issues raised by Count I by October 12, 2005, and the case will be on the Court's jury trial calendar to be called on November 1, 2005.

ENTER: BY ORDER:

Ronald R. Lagueux
Senior Judge
September 14 , 2005

Deputy Clerk