UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMISSIVE ENERGY CORP. :
:
v. : C.A. No. 04-482L
:
COAST CUTLERY CO. :

**MEMORANDUM AND ORDER**

Before the Court for determination are three discovery motions – Plaintiff's Motions to Compel Responses to Interrogatories (Document No. 22) and Document Requests (Document No. 23) and Defendant's Amended Motion to Compel Responses to Interrogatories and Production of Documents (Document No. 24). A hearing was held on September 9, 2005. After reviewing the Memoranda of the parties and considering the arguments of counsel, the pending discovery motions are GRANTED in part and DENIED in part as follows:

**A. Document No. 22** – Defendant shall, on or before October 15, 2005, supplement its responses to Interrogatories 8, 9, 11 and 17 as directed at the hearing. Defendant shall, on or before October 15, 2005, respond to Interrogatory 18. As to Interrogatory 18, Defendant's objection as to confidentiality is overruled due to the existence of a Protective Order in this matter, and its objections to burden and relevance are also overruled. If Defendant exercises its option to produce business records under Fed. R. Civ. P. 33(d) to respond to Interrogatory 18, it shall provide a specification "in sufficient detail to permit [Plaintiff] to locate and to identify, as readily as can [Defendant], the records from which the answer may be ascertained."

**B. Document No. 23** – Defendant shall, on or before October 15, 2005, supplement its responses to Requests 5, 8 and 10. Plaintiff's Motion is DENIED as to Requests 7, 11 and 12 based

on Defendant's representation that it has asserted the attorney-client privilege only as to post-litigation communications. As to Request 13, Defendant has indicated that it is willing to "reaffirm" the completeness of its prior response in a supplemental response which shall be done by October 15, 2005.

**C.** **Document No. 24** – The parties dispute as to Interrogatory 6 and Request 3 have been resolved. Therefore, Defendant's Motion is DENIED as MOOT with respect to those items. As to Interrogatory 5, Defendant's Motion is DENIED subject to Plaintiff's ongoing duty to supplement under Fed. R. Civ. P. 26(e).

So ordered.

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
September 19, 2005

BY ORDER:

Deputy Clerk