UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION,<br>Plaintiff,<br>vs.<br>COAST CUTLERY CO.<br>Defendant. | : | C.A. NO. 04-CV-482L |

**PLAINTIFF'S MOTION FOR CLARIFICATION**

In light of the fact that Pretrial Memoranda are due on October 12, 2005 and jury empanelment and trial commence shortly thereafter, plaintiff, Emissive Energy Corporation ("Emissive"), respectfully requests that the Court clarify its September 19, 2005 Order to require that defendant Coast Cutlery Co. comply with the Order on or before October 3, 2005 by producing any responsive documents and information in Rhode Island on or before that date.

In support of this Motion, Emissive relies on the Memorandum of Law filed herewith.

EMISSIVE ENERGY CORPORATION
By its Attorneys,

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

Dated: September 21, 2005

**CERTIFICATE OF SERVICE**

TO: Charles S. Beal, Esq. *(via hand-delivery)*
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

Michael E. Haglund, Esq. (*via facsimile*)
Julie A. Weis, Esq.
Haglund, Kelly, Horngren & Jones, LLP
One Main Place
101 SW Main, Suite 1800
Portland, OR 97204-3226

I hereby certify that on this 21st day of September, 2005, I caused to be forwarded as indicated a copy of the within *Motion for Clarification* to the above-named counsel of record.

Linda A. Cardente

H:\Clients\Emissive Energy\Coast Cutlery\Pleadings\RI Second Case 04-482L\Motion Exceed page limits.DOC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. NO. 04-CV-482L |
| vs. | : | |
| | : | |
| COAST CUTLERY CO. | : | |
| | : | |
| Defendant. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR CLARIFICATION**

On September 9, 2005, the Honorable Lincoln D. Almond heard plaintiff, Emissive Energy Corporation's ("Emissive"), Motions to Compel Responses to Requests for Production and Answers to Interrogatories and defendant, Coast Cutlery Co.'s ("Coast"), Motion to Compel Discovery. Magistrate Judge Almond ruled on each discovery dispute at the hearing with the exception of two Emissive discovery requests. The Court allowed supplemental briefing on the two discovery requests, which the parties provided within the next week.

On September 14, 2005 Judge Lagueux issued an Order requiring that the parties file Pretrial Memoranda on October 12, 2005. The calendar call for this case is set for November 1, 2005 with empanelment and trial to follow.

Thereafter, on September 19, 2005, Magistrate Judge Almond issued an Order granting in part and denying in part Emissive's Motions to Compel and denying Coast's Motion to Compel. The September 19, 2005 Order requires Coast to supplement its responses to Emissive's interrogatories and document requests on or before October 15, 2005, three days after the Pretrial Memoranda are due.

Emissive now respectfully requests an Order clarifying that Coast is required to comply with the September 19, 2005 Order on or before October 3, 2005 and is required to produce the documents and information in Rhode Island. Emissive respectfully submits that the clarification is necessary because Emissive needs the supplemental responses to complete its October 12, 2005 Pretrial Memorandum, generate the expert report it agreed to give Coast and prepare for trial. Since both parties requested 10-day orders when the discovery Motions were filed, and Coast has known since September 9, 2005 that it is required to provide supplemental responses, the clarification will not work an undue hardship on Coast and will facilitate the meaningful exchange of pre-trial information and trial preparation.

Emissive attempted to resolve this issue without need for Court intervention (Exhibit 1) but did not receive the assurances sought, thus necessitating the filing of this request.

## CONCLUSION

For the foregoing reasons, Emissive respectfully requests that the Court clarify the September 19, 2005 Order to require that defendant Coast Cutlery Co. comply with the Order on or before October 3, 2005 by producing the documents and information in Rhode Island on or before that date.

EMISSIVE ENERGY CORPORATION
By its Attorneys,

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

Dated: September 21, 2005

**CERTIFICATE OF SERVICE**

TO: Charles S. Beal, Esq. (*via hand-delivery)*
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

Michael E. Haglund, Esq. (*via facsimile*)
Julie A. Weis, Esq.
Haglund, Kelly, Horngren & Jones, LLP
One Main Place
101 SW Main, Suite 1800
Portland, OR 97204-3226

I hereby certify that on this 21st day of September, 2005, I caused to be forwarded as indicated a copy of the within *Memorandum of Law in Support of Motion for Clarification* to the above-named counsel of record.

Linda A. Cardente