**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EMISSIVE ENERGY CORPORATION,** | :: | |
| | :: | |
| Plaintiff, | :: | |
| | :: | |
| v. | :: | C.A. No. 04 482L |
| | :: | |
| **COAST CUTLERY CO.,** | :: | |
| | :: | |
| Defendant. | :: | |

**DEFENDANT COAST CUTLERY CO.'S RESPONSE TO PLAINTIFF'S MOTION FOR CLARIFICATION**

Plaintiff has moved the Court for an Order requiring Defendant to supplement certain discovery responses by October 3, 2005 rather than October 15, 2005 as recently ordered by the Honorable Magistrate Judge Almond. The reason for Plaintiff's request is the parties' pending deadline of October 12, 2005 for the filing of Pretrial Memoranda. Defendant acknowledges Plaintiff's need for a prompt response and will make every effort to accommodate Plaintiff's request.

DATED this 23rd day of September, 2005.

Respectfully submitted,

COAST CUTLERY CO.

By Its Attorneys,

Michael E. Haglund /CSB

Michael E. Haglund (*pro hac vice* counsel)
Julie A. Weis (*pro hac vice* counsel)
Haglund, Kelley, Horngren, Jones & Wilder LLP
101 SW Main, Suite 1800
Portland, OR 97204
Telephone: (503) 225-0777
Facsimile: (503) 225-1257
E-mail: weis@hk-law.com

Charles S. Beal (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
Telephone: 401-331-5700
Facsimile: 401-331-5787
E-mail: cbeal@cm-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **DEFENDANT COAST CUTLERY CO.'S RESPONSE TO PLAINTIFF'S MOTION FOR CLARIFICATION** on the following party(ies):

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy Sweeney & Scott Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Attorneys for Plaintiff

by mailing a true and correct copy thereof to said party on the date stated below.

DATED this 23rd day of September, 2005.

G:\csb\CoastCutlery\pldgs\respmoclarify.doc