AO 435 (Rev. 1/90)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Read Instructions on Back:*

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME Christine Bush, Esq. | 2. PHONE NUMBER 401-455-0700 | 3. DATE 10/6/05 |
| 4. MAILING ADDRESS Duffy Sweeney & Scott, LTD One Turks Head Place, Suite 1200 | 5. CITY Providence | 6. STATE RI / 7. ZIP CODE 02903 |
| 8. CASE NUMBER 04-CV-482L / 9. JUDICIAL OFFICIAL Mag. Judge Almond | DATES OF PROCEEDINGS: 10. FROM 10/5/05 | 11. TO 10/4/05 |
| 12. CASE NAME EMISSIVE ENERGY CORPORATION V. COAST CUTLERY CO. | LOCATION OF PROCEEDINGS: 13. CITY Providence | 14. STATE RI |

15. ORDER FOR

- [x] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (*Specify*)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | 10/4/05 |
| [ ] SENTENCING | | Motion for Clarification | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

18. SIGNATURE Christine Bush

PROCESSED BY

19. DATE 10/4/05

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

ORDER RECEIVED

DEPOSIT PAID | DEPOSIT PAID

TRANSCRIPT ORDERED | TOTAL CHARGES

TRANSCRIPT RECEIVED | LESS DEPOSIT

ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED

PARTY RECEIVED TRANSCRIPT | TOTAL DUE

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY