**From:** Christine Bush
**Sent:** Friday, July 01, 2005 8:24 AM
**To:** 'Julie Weis'
**Cc:** Charles S. Beal
**Subject:** Emissive/Coast

Julie:

On June 7th, I emailed you inquiring about the status of Coast's discovery. As of today, we still do not have a complete production, nor do we have updated answers to interrogatories, which we also discussed. We are particularly concerned with documents responsive to Requests Nos. 5 (incomplete production), 7(no privilege log), 8 (nothing produced), 9 (nothing produced), 10 (nothing produced), 11 (no privilege log), 12 (no privilege log), and 13 (nothing produced). With respect to the interrogatories, we are concerned with Interrogatories Nos. 8 (incomplete response), 9 (no response), 11 (no response), 17 (no response), and 18 (no response).

If you would like to discuss this and work to resolve this dispute, I need to hear from you (or Mike, or Charley) by 3:00 ETD today. Otherwise, in light of the fact that a month has passed since I last asked for a supplement and discovery is closing shortly, we will file Motions to Compel.

Also, we intend to take Mr. Brands' deposition in July. Kindly provide me with his availability by Wednesday, July 6th so we can arrange the deposition and the required travel plans.

Thank you, and I look forward to hearing from you.

Chris

Christine K. Bush, Esq.
cbush@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Tel: (401) 455-0700
Fax: (401) 455-0701
www.duffysweeney.com

*The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact this sender by reply mail and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@duffysweeney.com.*