UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION, Plaintiff, | : | |
| vs. | : | C.A. NO. 04-CV-482L |
| COAST CUTLERY CO. Defendant. | : | |

10/4/05: DENIED. HOWEVER, AS STATED IN ITS RESPONSE, DEFENDANT SHALL CONTINUE TO MAKE "EVERY EFFORT TO ACCOMMODATE PLAINTIFF'S REQUEST" AND EXPEDITE ITS RESPONSE IN VIEW OF THE 10/12/05 P.T.M. FILING DEADLINE.

USMJ

## PLAINTIFF'S MOTION FOR CLARIFICATION

In light of the fact that Pretrial Memoranda are due on October 12, 2005 and jury empanelment and trial commence shortly thereafter, plaintiff, Emissive Energy Corporation ("Emissive"), respectfully requests that the Court clarify its September 19, 2005 Order to require that defendant Coast Cutlery Co. comply with the Order on or before October 3, 2005 by producing any responsive documents and information in Rhode Island on or before that date.

In support of this Motion, Emissive relies on the Memorandum of Law filed herewith.

☐ Referred to U.S.M.J. Martin
☐ for findings & accommendations
☐ for determination

Ronald R. Lagueux, Senior U.S. District Judge
Date: 9-26-05

EMISSIVE ENERGY CORPORATION
By its Attorneys,

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

Dated: September 21, 2005