IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMISSIVE ENERGY CORPORATION, Plaintiff, | ) |
| v. | ) C.A. NO. 04-482L |
| COAST CUTLERY COMPANY, Defendant. | ) |

DEPOSITION OF DAVID C. BRANDS

Taken on behalf of Plaintiff

C O N F I D E N T I A L

BE IT REMEMBERED THAT, pursuant to the Federal Rules of Civil Procedure, the deposition of DAVID C. BRANDS was taken before MARILYNN T. HOOVER, a Registered Professional Reporter and a Certified Shorthand Reporter in Oregon, Washington, and California; on Monday, July 25, 2005, commencing at the hour of 9:26 A.M.; in the law offices of HAGLUND KELLEY HORNGREN & JONES, LLP, One Main Place, 101 S.W. Main Street, Suite 1800, Portland, Oregon.

APPEARANCES:

DUFFY SWEENEY & SCOTT, LTD.
BY MS. CHRISTINE K. BUSH
One Turks Head Place, Suite 1200
Providence RI 02903
E-mail: CBush@duffysweeney.com
Attorney for plaintiff

HAGLUND KELLEY HORNGREN & JONES
BY MR. MICHAEL HAGLUND
One Main Place
101 S.W. Main Street, Suite 1800
Portland OR 97204
E-mail: Haglund@hk-law.com
Attorney for defendant

10:43:37 suppose, yes, there is. It was sent to our active customer list as of that date.

Q. Was it sent to the active -- Strike that.

Was it sent to the active customers for
10:43:51 Coast's flashlight products or to all Coast customers?

A. To all.

Q. Why was it sent to all?

A. Because it's more cost-effective to send it to
10:44:02 all than it is to try to isolate just the ones who bought V2 Triplexes.

Q. Is there a way for Coast to isolate which of its customers purchased V2 Triplexes?

A. I believe there is now, yeah. I believe there
10:44:25 is, yes.

Q. How? How would you do that?

A. I believe that our computer system can generate a report as to who is currently buying V2 Triplexes.

10:44:42 Q. And could Coast's computers have generated that report as to who bought V2 Triplexes in 2005 -- I mean -- strike that -- in 2004?

A. In 2004? No, I don't believe so.

Q. Was there some sort of upgrade to the Coast
10:45:02 computer systems --

10:45:03 A. Yeah.
Q. -- recently?
A. Yes.
Q. What type of upgrade?
10:45:07 A. We just put in a new software system this -- the end of last year and the beginning of this year.
Q. So end of 2004, early 2005?
A. Correct.
10:45:16 Q. What was the software upgrade?
A. Well, we went from a very old system called Add On -- or, no. I can't remember if that's the name. But we put in a new software system, basically, for invoicing and...
10:45:32 Q. Prior to implementing that software, was there any means for Coast to track who purchased the V2 Triplex?
A. Not to my knowledge, no.
Q. Does Coast require a written purchase order for
10:45:49 each product that is ordered from it?
A. We don't require one, no.
Q. Does Coast accept verbal purchase orders?
A. Yes.
Q. So is it possible that Coast would have sold
10:46:00 the V2 Triplex to someone based on a verbal

10:46:03 purchase order?

A. On a verbal purchase order.

Q. Okay. Would Coast send out a written invoice --

10:46:08 A. Yes.

Q. -- for each? So is it fair to say that there's at least a written invoice for each V2 Triplex that was shipped from Coast to a customer?

A. Yes.

10:46:17 MR. HAGLUND: An invoice separate from the V2, as opposed to listing all products that might have gone out together on that invoice?

MS. BUSH: I'll clarify the question.

Q. BY MS. BUSH: Do Coast's invoices separate out

10:46:30 the products that are being sold to each customer?

A. They list each product, yes.

Q. Okay. So on any given invoice, you would expect to see, if a V2 Triplex were sold, a

10:46:39 line item reflecting the product number and how many of those --

A. Yes.

Q. -- items were sold?

A. Right. Along with a number of others, or

10:46:47 anything else that was sold to that customer.



EXHIBIT A PAGE 5

102f2eee-d249-4856-8d4c-ce7430c977dc

10:46:50 Q. So they could purchase 15 different items, but each would be listed by its product number?

A. Correct.

Q. And in 2003, did Coast maintain the invoices

10:47:01 for the products it shipped to its customers?

A. In 2003? Yes.

Q. Yes. And does it still maintain those records?

A. 2003? I believe so.

Q. And in 2004, did Coast maintain invoices for

10:47:14 the products that it shipped to its customers?

A. Yes.

Q. And does it still have those records?

A. Yes.

Q. How are those invoices organized?

10:47:24 A. By customer.

Q. Is it alphabetical?

A. Yes.

Q. And who's responsible for maintaining those invoices?

10:47:32 A. Just our -- I guess the ultimate responsibility would be our operations manager. I mean, we have staff people that file things and store things.

Q. Can you estimate how many documents that would

10:47:47 include, if you were to look at all of the 2003

10:47:49 invoices for the V2 Triplex?

A. Well, you'd have to look at every invoice to every customer. So that might be -- let's see...

10:48:02 MR. HAGLUND: Are you asking him to estimate how many boxes might be consumed by all of the 2003 invoices to customers?

MS. BUSH: Yes.

Q. BY MS. BUSH: I'm just trying to get an 10:48:13 estimate as to the bulk of the information that we'd be dealing with if you were to look at all of the invoices.

A. Well, maybe the easiest way to tell you is that if you looked at them, it would be about as big 10:48:20 as that wall, stacked two deep in those white storage boxes.

Q. The banker's boxes?

A. Yeah.

MR. HAGLUND: The double-long or the 10:48:34 banker size?

A. The ones that are about -- I don't know what a banker size is -- about this long. They're like a file drawer -- you know, they're like a file drawer long.

10:48:42 MR. HAGLUND: Those look like extra long.

10:48:44 Okay.

Q. BY MS. BUSH: And in terms of the software upgrade that was performed in late 2004/early 2005, was any historical information input into
10:48:58 that software concerning products that had been sold in the past?

A. No, not concerning products that had been sold in the past.

Q. It's just all go-forward?

10:49:08 A. Right.

Q. Other than the documents that have been marked collectively as Exhibit 7, to your knowledge, did Coast have any written communications to any of its dealers or distributors or resellers
10:49:35 or customers concerning the V2 Triplex?

A. Well, we had all of the catalogs that were sent out.

Q. And in terms of the catalogs that are sent out, is that just a bulk mailing, where the catalog
10:49:47 has an address label on it and it's sent to the customer?

A. Yes.

Q. So there's no introductory cover letter with those catalogs?

10:49:55 A. There is a general, you know, "This is our 2000