**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EMISSIVE ENERGY CORPORATION,** | : | Civil No. CA 04 482L |
| Plaintiff, | : | |
| v. | : | |
| **COAST CUTLERY CO.,** | : | |
| Defendant. | : | |

**AFFIDAVIT OF MICHAEL E. HAGLUND IN SUPPORT OF DEFENDANT COAST CUTLERY'S OBJECTION TO PLAINTIFF'S APPEAL OF MAGISTRATE'S DISCOVERY ORDER**

STATE OF OREGON )
) ss.
County of Multnomah )

I, Michael E. Haglund, being first duly sworn under oath do hereby depose and say that, if called to testify in a court of law, I would testify from my own personal knowledge as follows:

1. I am lead counsel for defendant Coast Cutlery in this case. This Affidavit is based on personal knowledge and filed in support of defendant Coast Cutlery's objection to the plaintiff's appeal of Magistrate Judge Almond's discovery Order dated October 4, 2005.

2. On July 25, 2005, I defended the deposition of Coast Cutlery's president David Brands in my Portland, Oregon

office. Plaintiff's counsel Christine Bush took Mr. Brand's deposition.

3. During the deposition, Ms. Bush questioned Mr. Brands regarding Coast Cutlery's customer invoices, the examination of which would reveal which customers purchased which products. Mr. Brands testified as to how they were organized and tried to estimate how many there were. During a break, I recall offering to make the invoices available to Ms. Bush for examination at Coast Cutlery's place of business. Ms. Bush did not follow up on the offer.

4. I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED this 10th day of October, 2005.

Michael E. Haglund

SUBSCRIBED and SWORN to before me this 10th day of October, 2005.

NOTARY PUBLIC FOR OREGON
My Commission Expires: 5/7/08

OFFICIAL SEAL
COLLEEN M JACKSON
NOTARY PUBLIC-OREGON
COMMISSION NO. 378126
MY COMMISSION EXPIRES MAY 7, 2008



F:\JAW\6014.wpd

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **AFFIDAVIT OF MICHAEL E. HAGLUND IN SUPPORT OF DEFENDANT COAST CUTLERY'S OBJECTION TO PLAINTIFF'S APPEAL OF MAGISTRATE'S DISCOVERY ORDER** on the following party(ies):

Christine Bush
Duffy Sweeney & Scott Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Attorney for Plaintiff

by mailing a true and correct copy thereof to said party(ies) on the date stated below.

DATED this 11th day of October, 2005.

By: [signature]
Charles S. Beal
Attorneys for Defendant