**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EMISSIVE ENERGY CORPORATION,** | : | Civil No. CA 04 482L |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **COAST CUTLERY CO.,** | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE PRETRIAL MEMORANDUM AND JURY INSTRUCTIONS OUT OF TIME**

Now comes Defendant Coast Cutlery Co. ("Defendant"), and moves this Honorable Court for an Order granting it leave to file its Pretrial Memorandum and Proposed Jury Instructions two days late, or on October 14, 2005. As grounds for its Motion, Defendant states as follows:

1. During the Summer of 2005, Defendant had moved to extend discovery by forty-five (45) days to allow for the completion of certain specified discovery. On August 15, 2005, this Court entered an Order requiring that the Pretrial Memorandum and Proposed Jury Instructions of the parties be filed by October 14, 2005 in this matter. (A copy of the Court's Amended Pretrial Order is annexed hereto as Exhibit 1).

2. Defendant's counsel docketed this matter for October 14, 2005 for submission of those papers.

3. When the Court entered its Order severing a portion of this case for trial in November, its Order changed that date to October 12, 2005. Defendant's counsel failed to docket the new date, wrongly concluding that it was the same date set out in the Amended Pretrial Order.

4. Defendant's counsel apologizes for any inconvenience caused by this oversight. Defendant respectfully submits that there should be little prejudice caused to Plaintiff by this late submission.

WHEREFORE, Defendant Coast Cutlery Co. respectfully requests that this Court enter an Order granting it leave to file its Pretrial Memorandum and proposed Jury Instructions two days out of time, or on October 14, 2005.

DATED this 14th day of October, 2005.

Michael E. Haglund / CSB

Michael E. Haglund
Julie A. Weis
(pro hac vice counsel)
Haglund, Kelley, Horngren,
Jones & Wilder LLP
101 SW Main, Suite 1800
Portland, OR 97204
Telephone: (503) 225-0777
Facsimile: (503) 225-1257
E-mail: weis@hk-law.com

Charles S. Beal (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, R.I. 02903
Telephone: 401-331-5700
Facsimile: 401-331-5787
E-mail: cbeal@cm-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing on the following party(ies):

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy Sweeney & Scott Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Attorneys for Plaintiff

by hand-delivering a true and correct copy thereof to said party on the date stated below.

DATED this 14th day of October, 2005.

By: ______________________
Charles S. Beal (#5559)
Attorneys for Defendant

G:\csb\CoastCutlery\pldgs\emergmtn.doc