DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW & LITIGATION

*Christine K. Bush*
cbush@duffysweeney.com

September 13, 2005

***VIA FIRST CLASS MAIL***

Charles S. Beal, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

Re: Emissive Energy Corp. v. Coast Cutlery Co.
C.A. NO. 04-482 L

Dear Charley:

As you know, Coast Cutlery Co. did not propound interrogatories to Emissive Energy Corp. seeking information concerning experts. In addition, Judge Lagueux's Amended Pre-Trial Order does not require disclosure of experts until mid-October. Despite that, Emissive elects to disclose early that it engaged Christopher Barry to testify on its behalf at trial concerning Emissive's damages. Emissive has agreed to pay Mr. Barry $550 per hour for his time, and Mr. Barry's curriculum vitae is enclosed. After Mr. Barry has had the opportunity to review and analyze the information Coast is required to produce per Magistrate Judge Almond's Order granting Emissive's Motions to Compel (information which should have been produced in early May 2005 in response to Emissive's discovery), Mr. Barry will prepare and furnish an expert report which will be provided to you.

Feel free to contact me if you have any questions.

Very truly yours,

Christine K. Bush

CKB/tmb

cc: Michael Haglund, Esq.

H:\Clients\Emissive Energy\Coast Cutlery\Letters\Beal 09-12-05 CKB.doc

One Turks Head Place, Suite 1200 Providence, RI 02903 401 455-0700 fax 401 455-0701
265 Franklin Street Boston, MA 02110 617 261-9606 fax 617 261-9605

www.duffysweeney.com