UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION, Plaintiff, | : | |
| vs. | : | C.A. NO. 04-CV-482L |
| COAST CUTLERY CO. Defendant. | : | |

**PLAINTIFF'S MOTION TO STRIKE AFFIDAVITS OF PRO HAC VICE COUNSEL**

Plaintiff, Emissive Energy Corporation ("Emissive"), moves to strike the affidavits filed by defendant Coast Cutlery Co.'s *pro hac vice* counsel Michael Haglund and Julie Weis in support of Defendant's Objection to Plaintiff's Notice of Appeal and, further, to strike any references to the contents of the affidavits. As grounds for this Motion, Emissive relies on the Memorandum of Law filed herewith.

EMISSIVE ENERGY CORPORATION

By its Attorneys,

[signature]

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

Dated: October 20, 2005

**CERTIFICATE OF SERVICE**

TO:

Charles S. Beal, Esq.
Cameron & Mittleman, LLP
56 Exchange Terrace
Providence, RI 02903

Michael E. Haglund, Esq.
Julie A. Weis, Esq.
Haglund, Kelly, Horngren & Jones, LLP
One Main Place
101 SW Main, Suite 1800
Portland, OR 97204-3326

I hereby certify that on this 20 day of October, 2005, I caused to be forwarded via First Class Mail a copy of the within *Motion to Strike* to the above-named counsel of record as indicated above.

Theresa Benson

H:\Clients\Emissive Energy\Coast Cutlery\Pleadings\RI Second Case 04-482L\MStrike Affidavits.DOC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION, | : | |
| Plaintiff, | : | |
| | : | C.A. NO. 04-CV-482L |
| vs. | : | |
| COAST CUTLERY CO. | : | |
| Defendant. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE AFFIDAVITS OF PRO HAC VICE COUNSEL**

On October 11, 2005 defendant submitted affidavits from its Oregon *pro hac vice* counsel Michael Haglund and Julie Weis in support of its Objection to plaintiff's Notice of Appeal of Magistrate Judge Almond's October 5, 2005 Order denying Emissive's Motion for Clarification. The Haglund and Weis affidavits were not before Magistrate Judge Almond during consideration of the Motion for Clarification. Accordingly, the affidavits should be stricken and the information contained therein not be considered on appeal. *E.g., United States v. Doyle*, 1995 U.S. App. LEXIS 1834, at * 9 (1st Cir. 1995) (striking references to affidavits provided on appeal where the affidavits were not before the district court on the underlying motion); *see United States v. Pacheco-Ortiz*, 889 F.2d 301, 307 n.3 (1st Cir. 1989) (striking references to materials contained in new declaration that was not before the district court for its determination).

**CONCLUSION**

For the foregoing reasons, plaintiff respectfully requests that the Court strike the affidavits of Michael Haglund and Julie Weis and all references to those affidavits.

EMISSIVE ENERGY CORPORATION

By its Attorneys,

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

Dated: October 20, 2005

**CERTIFICATE OF SERVICE**

TO:

Charles S. Beal, Esq.
Cameron & Mittleman, LLP
56 Exchange Terrace
Providence, RI 02903

Michael E. Haglund, Esq.
Julie A. Weis, Esq.
Haglund, Kelly, Horngren & Jones, LLP
One Main Place
101 SW Main, Suite 1800
Portland, OR 97204-3326

I hereby certify that on this 20 day of October, 2005, I caused to be forwarded via First Class Mail a copy of the within *Motion to Strike* to the above-named counsel of record as indicated above.

Theresa Benson

H:\Clients\Emissive Energy\Coast Cutlery\Pleadings\RI Second Case 04-482L\MStrike Affidavits.DOC