DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW LITIGATION

***Christine K. Bush***
*cbush@duffysweeney.com*

October 17, 2005

*Via Facsimile*

Julie A. Weis, Esq.
Haglund Kelley Horngren Jones LLP
101 SW Main Street, Suite 1800
Portland, OR 97204-3226

*Re:* *Emissive Energy Corp. v. Coast Cutlery Co.*
*C.A. No. 04-482L U. S. District Court for the District of Rhode Island*

Dear Julie:

We received Defendant's Pretrial Memorandum. Page 14 of the Pretrial Memorandum identifies defendant's proposed Exhibit 30 as "Recap of Coast sales to customers selling through internet or mail order and supporting invoices." Coast has not produced such information in discovery. Please forward proposed Exhibit 30 via facsimile immediately.

Thank you.

Very truly yours,

Christine K. Bush

CKB/cjd

cc: Charles Beal, Esq. (*via facsimile*)

H:\Clients\Emissive Energy\Coast Cutlery\Letters\Weis 10-17-05 CKB.doc