UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EMISSIVE ENERGY CORPORATION, :
:
Plaintiff, :
: C.A. NO. 04-CV-482L
vs. :
:
COAST CUTLERY CO. :
:
Defendant. :

**JUDGMENT**

Pursuant to a Consent Order dated November 9, 2005, and entered by the Court, Judgment hereby enters in favor of Plaintiff in the amount of $127,500 plus the relief set forth in the Consent Order.

ENTER:

Ronald R. Lagueux
Senior U.S. District Judge

Date: November 9, 2005

ORDER:

Clerk